Certificate Number: 14912-PAE-DE-027950200

Bankruptcy Case Number: 13-17627



14912-PAE-DE-027950200

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 22, 2016</u>, at <u>8:59</u> o'clock <u>PM EDT</u>, <u>Julio Meneses</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 22, 2016</u>              By:    <u>/s/Jai Bhatt</u>

                                          Name:  <u>Jai Bhatt</u>

                                          Title: <u>Counselor</u>