United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-17627-ref
Julio M. Meneses                                                        Chapter 13
Kathleen Anne Haltigan Meneses
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 3              Date Rcvd: Nov 14, 2016
                              Form ID: 138NEW          Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2016.
```
db/jdb         +Julio M. Meneses,    Kathleen Anne Haltigan Meneses,    5804 Sullivan Trail,
                 Nazareth, PA 18064-9267
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +JPMorgan Chase Bank, N.A.,    700 Kansas Lane,    Monroe, LA 71203-4774
13138361        AT&T Universal Card,    PO Box 6284,    Sioux Falls, SD 57117-6284
13138354       +Absolute Credit LLC,    175 Exchange Street,    Bangor, ME 04401-6537
13195489        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13138356       +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
13138357       +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
13138358       +Amexdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13138359       +Annie Sez,    Po Box 1003,    Totowa, NJ 07511-1003
13138360        Associated Credit Services, Inc,    PO Box 5171,    Westborough, MA 01581-5171
13138363       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX  79998)
13138362       +Bac/fleet-bkcard,    200 Tournament Dr,    Horsham, PA 19044-3606
13138366       #+Cap One,    Po Box 5253,    Carol Stream, IL 60197-5253
13138367       +Cap1/bontn,    Po Box 5253,    Carol Stream, IL 60197-5253
13138370       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13138371       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
13138369       +Chase,    Po Box 901039,    Fort Worth, TX 76101-2039
13138372       +Chase Na,    2500 Westfield Dr,    Elgin, IL 60124-7700
13138373       +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13138374       +Citimortgage,    Po Box 6243,    Sioux Falls, SD 57117-6243
13138375        City Of Easton,    Beth Knickerbocker, Esquire,    101 A. Third Street, Suite 203,
                 Easton, PA 18042, PA  18042
13138376       +City Of Easton Utilites Services,    1 South Third Street,    Easton, PA 18042-4543
13138378       +First Usa Bank N A,    1001 Jefferson Plaza,    Wilmington, DE 19801-1493
13138379       +FirstSource Advantage, LLC,    205 Bryant Woods S.,    Amherst, NY 14228-3609
13138380       +Gatestone & Co. International Inc.,    1000 N. West St., Suite 1200,    Wilmington, DE 19801-1058
13138384       +Goodyr/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13138385        Griffin Bros, Inc.,    989 Penn Ave,    Pen Argyl, PA 18072
13138387       +Hsbc/bontn,    Po Box 5253,    Carol Stream, IL 60197-5253
13235014       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
13138388        Knowles LP Gas,    6420 Sullivan Trail,    Wind Gap, PA  18091
13138390       +LCS Financial,    6782 South Potomac Street, Suite 100,    Centennial, OH 80112-3915
13138392       +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
13138391       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13138394       +Northland Group, Inc,    PO Box 390905,    Minneapolis, MN 55439-0905
13138395       +Pimsleur Approach.Com,    2811 Southampton Road,    Philadelphia, PA 19154-1206
13138396       #+Portnoff Law Associates LTD,    1000 Sandy Hill Road, St 150,    Norristown, PA 19401-4181
13138398       +Professional Revocery Services,    P.O. Box 1880,    Voorhees, NJ 08043-7880
13138402       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,     90 Crystal Run Rd Ste 31,
                 Middletown, NY  10941)
13138401       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13138404       +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13174560       +VNB Loan Services, Inc.,    747 Chestnut Ridge Road - Suite 201,    Chestnut Ridge, NY 10977-6225
13138405       +Verizon Wireless,    P.O. Box 4003,    Acworth, GA 30101-9004
13138406       +Verizon Wirelss,    2000 Corporate Dr,    Orangeburg, NY 10962-2624
13138407       +Visdsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13138408       +Vnb- Loan Services Inc,    747 Chestnut Ridge Rd St,    Chestnut Ridge, NY 10977-6224
13138410       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                 Frederick, MD  21701)
13138409       +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
13138411       +Wffnatlbnk,    Po Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: robertsl2@dnb.com Nov 15 2016 02:51:35     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2016 02:51:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2016 02:51:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13138355       +E-mail/Text: bkrpt@retrievalmasters.com Nov 15 2016 02:51:29     AMCA Medical Collection Agt.,
                 Quest Diagnostics,    4 Westchester Plaz,    Elmsford, NY 10523-1615
```

```
District/off: 0313-4          User: Keith              Page 2 of 3              Date Rcvd: Nov 14, 2016
                              Form ID: 138NEW          Total Noticed: 70
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13168090         +E-mail/Text: bncmail@w-legal.com Nov 15 2016 02:51:33      ANTIO, LLC,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13193380          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 15 2016 03:17:25
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK   73124-8838
13211836         +E-mail/Text: ebn@squaretwofinancial.com Nov 15 2016 02:51:41      CACH ,LLC,
                  4340 S. MONACO STREET ,2ND FLOOR,    DENVER, CO 80237-3485
13138377         +E-mail/Text: hfrantz@eswater.net Nov 15 2016 02:51:12      Easton Suburan Water Authority,
                  3700 Hartley Avenue,    Easton, PA 18045-3757
13138381         +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2016 03:14:44      Gecrb/low,   Po Box 956005,
                  Orlando, FL 32896-0001
13138382         +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2016 03:17:13      Gecrb/oldnav,   Po Box 965005,
                  Orlando, FL 32896-5005
13138383         +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2016 03:17:14      Gecrb/ppxtrm,   Po Box 965005,
                  Orlando, FL 32896-5005
13138389         +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 15 2016 02:51:07      Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13239759          E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2016 03:16:03
                  LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                  Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
13212447          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2016 03:42:04
                  Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13138399         +E-mail/Text: bk@revenuegroup.com Nov 15 2016 02:51:59      Revenue Group,   PO Box 221278,
                  Beachwood, OH 44122-0996
13138400          E-mail/PDF: cbp@onemainfinancial.com Nov 15 2016 03:14:44      Springleaf Financial S,
                  3075 William Penn Hwy,    Easton, PA  18045
13138403          E-mail/Text: bkrcy@ugi.com Nov 15 2016 02:52:02      UGI,   PO Box 15523,
                  Wilmington, DE  19886
13191171          E-mail/Text: bkrcy@ugi.com Nov 15 2016 02:52:02      UGI Utilities, Inc.,   225 Morgantown Rd.,
                  Reading, PA  19612
                                                                                              TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13138365*       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bk Of Amer,    Po Box 982238,   El Paso, TX  79998)
13138393*        +MRS Associates,   1930 Olney Avenue,   Cherry Hill, NJ 08003-2016
13138364        ##+Bank Of America,   Po Box 1598,   Norfolk, VA 23501-1598
13138368        ##+Chase,   10790 Rancho Bernardo Rd,   San Diego, CA 92127-5705
13138386        ##HSBC,   P.O. Box 17051,   Baltimore, MD  21297-1051
13138397        ##+Primary Financial Services,   3115 North 3rd Avenue, Suite 112,   Phoenix, AZ 85013-4387
                                                                                 TOTALS: 0, * 2, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: Keith              Page 3 of 3              Date Rcvd: Nov 14, 2016
                              Form ID: 138NEW          Total Noticed: 70
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2016 at the address(es) listed below:

```
              DAVID W. TIDD    on behalf of Debtor Julio M. Meneses bankruptcy@davidtiddlaw.com
              DAVID W. TIDD    on behalf of Joint Debtor Kathleen Anne Haltigan Meneses
               bankruptcy@davidtiddlaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   JP MORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Julio M. Meneses and Kathleen Anne
Haltigan Meneses
        Debtor(s)                                Bankruptcy No: 13−17627−ref
                                                             Chapter: 13

_____

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        400 Washington Street
        Suite 300
        Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                             For The Court

                                                             Timothy B. McGrath
                                                             Clerk of Court

Dated: 11/14/16