**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Julio M. Meneses and Kathleen Anne Haltigan Meneses <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 13-17627 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7934

                                  Respectfully submitted,

                                  <u>**/s/Thomas Puleo, Esquire**</u>
                                  Thomas Puleo, Esquire
                                  Brian C. Nicholas, Esquire
                                  KML Law Group, P.C.
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 825-6306  FAX (215) 825-6406