United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 13-17627-ref
Julio M. Meneses                                                        Chapter 13
Kathleen Anne Haltigan Meneses
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: admin              Page 1 of 2              Date Rcvd: Dec 23, 2016
                              Form ID: 3180W          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2016.
db/jdb         +Julio M. Meneses,    Kathleen Anne Haltigan Meneses,    5804 Sullivan Trail,
                 Nazareth, PA 18064-9267
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,    Second Floor,    Reading, PA 19601-4300
13235014       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,   Columbus, OH 43219-6009
13174560       +VNB Loan Services, Inc.,    747 Chestnut Ridge Road - Suite 201,    Chestnut Ridge, NY 10977-6225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Dec 24 2016 00:46:30     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 24 2016 00:45:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 24 2016 00:46:38     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13168090       +E-mail/Text: bncmail@w-legal.com Dec 24 2016 00:46:28     ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13195489        EDI: BECKLEE.COM Dec 24 2016 00:33:00     American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13193380        EDI: AIS.COM Dec 24 2016 00:33:00     American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
13211836       +EDI: STFC.COM Dec 24 2016 00:33:00     CACH ,LLC,    4340 S. MONACO STREET ,2ND FLOOR,
                 DENVER, CO 80237-3485
13239759        EDI: RESURGENT.COM Dec 24 2016 00:33:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Capital One Bank (USA), N.A.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13212447        EDI: PRA.COM Dec 24 2016 00:33:00     Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13191171        E-mail/Text: bkrcy@ugi.com Dec 24 2016 00:47:21     UGI Utilities, Inc.,   225 Morgantown Rd.,
                 Reading, PA  19612
                                                                                               TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
              DAVID W. TIDD    on behalf of Debtor Julio M. Meneses bankruptcy@davidtiddlaw.com
              DAVID W. TIDD    on behalf of Joint Debtor Kathleen Anne Haltigan Meneses
               bankruptcy@davidtiddlaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JP MORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    JP MORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-4          User: admin              Page 2 of 2             Date Rcvd: Dec 23, 2016
                              Form ID: 3180W           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Julio M. Meneses** | Social Security number or ITIN **xxx–xx–7898** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kathleen Anne Haltigan Meneses** | Social Security number or ITIN **xxx–xx–2523** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **13–17627–ref** | |

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Julio M. Meneses                                              Kathleen Anne Haltigan Meneses
aka Julio Marcelo Meneses, aka Julio Meneses        aka Kathleen Haltigan, aka Kathleen Meneses

12/22/16                                                         **By the court:**    Richard E. Fehling
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**